Case 1:10-cv-05653-DAB-HBP Document 209 Filed 05/30/19 Page 1 of 2

DRA
DISABILITY RIGHTS ADVOCATES
A non-profit corporation

**California Office**
2001 Center Street, 4th Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
**www.dralegal.org**

**New York Office**
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636
**www.dralegal.org**

May 30, 2019 *Via ECF*

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007-1312

**Re: *United Spinal Association et al. v. Board of Elections in the City of New York et al.*, Case No. 10-cv-5653 (DAB) (HBP): Attachment A**

Dear Judge Batts:

The parties in the above-captioned case write to request a modification of the Court's order regarding the jointly-maintained spreadsheet listing accessibility barriers reported at each of the nearly 1,300 poll sites in New York City during every election ("Attachment A").

The Court currently maintains jurisdiction to monitor implementation of its remedial order in this case until December 31, 2019. (ECF No. 181.) As part of that remedial order, the Court has directed the parties to submit an updated Attachment A six weeks after each election. (ECF No. 124; ECF No. 130, ¶ 6.) The data in Attachment A comes directly from election-day complaints compiled by Defendants and submitted to Plaintiffs within 45 days of each election. Plaintiffs then transfer that information to Attachment A.

Although Attachment A was initially useful to identify barriers that arose repeatedly at particular poll sites, the parties believe that Attachment A is no longer a necessary tool for identifying barriers that Defendants should seek to remedy at each poll site. That role is now played by the poll site reports and site plans produced by the Court's expert, Evan Terry Associates, LLC ("ETA"). Additionally, the task of transferring election day complaint data into Attachment A is time-consuming and expensive for both parties.

Because the maintenance of Attachment A is overly burdensome and no longer beneficial to the parties, the respectfully request that the Court modify its previous orders to relieve the parties of their obligation to update and submit Attachment A after each election.

granted DAB 6/11/19

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS 6/11/19
UNITED STATES DISTRICT JUDGE