```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
United Spinal Association et al.,

                Plaintiffs,

        v.                              10-CV-5653 (DAB)
                                            ORDER

Board of Elections in the City of
New York et al.,

                Defendants.
--------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiffs' Letter dated November 27, 2019 and Defendants' Letter dated December 1, 2019. (ECF Nos. 211-12.) The Parties both ask that this Court's jurisdiction expire, as scheduled, on December 31, 2019 pursuant to the terms of our January 4, 2017 Order, (ECF No. 181).

Accordingly, this Court's jurisdiction over this matter is HEREBY terminated. The Clerk of Court is directed to close the docket in this case.

SO ORDERED.

Dated:   January 10, 2020
         New York, New York

                                    _____
                                       Deborah A. Batts
                                    United States District Judge